# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JENNIFER NICOLE PRICE,**

    **Petitioner,**

v.                                                    Case No. 3:22-cv-5379-MCR-MJF

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 10, 2023. ECF No. 19. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this Order.

*Page 2 of 2*

2. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Jennifer Nicole Price*, Escambia County Circuit Court Case No. 2018-CF-002338, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 26th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**